EUGENE GOSSELIN, PLAINTIFF-APPELLANT, v. NATIONAL AVIATION UNDERWRITERS, DEFENDANT-RESPONDENT.

Argued November 17, 1975—Decided October 19, 1976.

*Mr. Richard D. Catenacci* argued the cause for plaintiff-appellant (*Messrs. McElroy, Connell, Foley & Geiser,* attorneys); *Mr. Catenacci* on the brief.

*Mr. Frank L. Brunetti* argued the cause for defendant-respondent (*Messrs. Lamb, Hutchinson, Chappell, Ryan & Hartung,* attorneys); *Mr. Brunetti* on the brief.

PER CURIAM. Under the Supplemental Findings of Fact by the trial judge rendered pursuant to our special order of remand it must be concluded that the defendant has established a case of material misrepresentation of fact by plaintiff warranting a judgment of rescission of the policy. Accordingly the judgment of the Appellate Division is Affirmed.

*For affirmance*—Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—6.

*For reversal*—None.